| | |
|---|---|
| **THEODORA ORINGHER MILLER & RICHMAN PC** | **JS-6** |

JEROME H. FRIEDBERG, Cal. Bar No. 125663
jfriedberg@tocounsel.com
STACEY L. ZILL, Cal. Bar No. 177268
szill@tocounsel.com
10880 Wilshire Blvd., Suite 1700
Los Angeles, California, 90024-4101
Telephone:  (310) 557-2009

Attorneys for Plaintiff
MTP & ASSOCIATES, LP

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. BURGESS, Cal. Bar No. 151018
Email: jburgess@sheppardmullin.com
RICHARD F. DELOSSA, Cal. Bar No. 245181
Email: rdelossa@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067
Telephone:  (310) 228-3700

Attorneys for Defendants
RADIX GROUP INTERNATIONAL, INC.,
an Ohio corporation and AIR EXPRESS
INTERNATIONAL (USA), Inc., an Ohio
corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MTP and ASSOCIATES, LP, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RADIX GROUP INTERNATIONAL, INC., an Ohio corporation (DOE 1), AIR EXPRESS INTERNATIONAL, INC., an Ohio corporation (DOE 2), and DOES 3 to 10 inclusive,<br><br>Defendants. | CASE NO. CV09-7308 MMM (MANx)<br><br>**STIPULATED JUDGMENT OF DISMISSAL**<br><br>Discovery Cut-Off:    May 21, 2010<br>Pretrial Conference:   August 30, 2010<br>Trial Date:                September 8, 2010<br><br>[First Amended Complaint Filed: November 17, 2009] |

Pursuant to the Stipulation between Plaintiff MTP & Associates, LP ("**Plaintiff**") and Defendants Radix Group International, Inc. and Air Express International (USA), Inc. ("**Defendants**") for Entry of Judgment (the "**Stipulation**") dated January 15, 2010 and filed concurrently herewith, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The entire Action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

2. The Court shall retain jurisdiction over this action to enforce, if necessary, the provisions of the Settlement Agreement between the parties, the Stipulated Dismissal, and this Stipulation.

    IT IS SO ORDERED

Dated:  February 3, 2010

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DATED: January 15, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
JAMES M. BURGESS
Attorneys for Defendants
RADIX GROUP INTERNATIONAL, INC.,
AND AIR EXPRESS INTERNATIONAL, INC.

DATED: January 15, 2010

THEODORA ORINGHER MILLER & RICHMAN PC

By _____
JEROME H. FRIEDBERG
STACEY L. ZILL

Attorneys for Plaintiff
MTP AND ASSOCIATES, LP